**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1095**

DENISE L. SEVERINO-TODD,

        Plaintiff - Appellant,

    v.

WAL-MART, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:11-cv-00336-BR)

Submitted:  March 29, 2012        Decided:  April 3, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Denise L. Severino-Todd, Appellant Pro Se.  Julie Kerr Adams, Angela Byrd Cummings, LITTLER MENDELSON PC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denise L. Severino-Todd appeals the district court's order granting the Defendant's motion to dismiss her employment discrimination action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2000e-17 (West 2003 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Severino-Todd v. Wal-Mart, Inc., No. 5:11-cv-336-BR (E.D.N.C. Dec. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED